IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01096–WJM–KMT

KATHLEEN SEABRON,
ROBERT LAYS,
CARLA LAYS,
KRISTY LARSON, and
VALERIE JENKINS, individually, and as class representatives of behalf of all others similarly situated,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiffs' "Motion for Leave to File Third Amended Complaint (Class Action and Jury Demand)" (Doc. No. 41, filed July 19, 2011) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2), as Defendant does not oppose the motion (*see* Doc. No. 45). The Clerk of Court is directed to file the "Third Amended Complaint" (Doc. No. 41-2).

Dated: July 22, 2011