**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 11-cv-01096-WYD-KMT | FTR - Courtroom C-201 |
| **Date:** October 31, 2011 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| KATHLEEN SEABRON,<br>ROBERT LAYS,<br>CARLA LAYS,<br>KRISTY LARSON, and<br>VALERIE JENKINS, individually, and as class representatives of behalf of all others similarly situated, | Joshua Robert Proctor<br>Mark Robert Levy<br>Matthew Wesley Hall<br>Franklin David Azar<br>Daniel Leppert |

       Plaintiffs,

v.

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and<br>AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, | Daniel David Williams<br>Debra K. Sutton<br>Katharine Marie Gray<br>Michael S. McCarthy |

       Defendants.

**COURTROOM MINUTES / MINUTE ORDER**

**MOTION HEARING
Court in session: 10:33 a.m.**
Court calls case. Appearances of counsel.

Motion Hearing is called regarding Motion to Extend Deadline for Plaintiff to Respond to Defendants' Motion for Partial Summary Judgment [Doc. No. 53, filed September 9, 2011], Plaintiff's Motion to Compel Complete Putative Class Files & Documents [Doc. No. 61, filed September 16, 2011], Defendants' Motion for Protective Order [Doc. No. 65, filed September 30, 2011], Plaintiffs' Motion to Compel Re: Plaintiffs' First Set of Interrogatories [Doc. No. 67, filed October 4, 2011], Plaintiffs' Motion to Compel Re: Plaintiffs' Second Set of Requests for Production to Defendants and for Sanctions [Doc. No. 69, filed October 5, 2011], Defendants' Motion to Compel Discovery Responses [Doc. No. 72, filed October 6, 2011], and Defendants' Motion to Seal and Request for Expedited Consideration [Doc. No. 81, filed October 25, 2011].

Discussion regarding Motion to Extend Deadline [53].

Oral argument from plaintiff's counsel.
Oral argument from defense counsel.

It is **ORDERED**:	Motion to Extend Deadline [53] is **GRANTED IN PART** and **DENIED IN PART**.  Plaintiff is given 7 days from the day of this hearing to respond to Defendants' Motion for Partial Summary Judgment, Doc. No. 53.

Discussion regarding Motion for Protective Order [65].

Oral argument from defense counsel.
Oral argument from plaintiff's counsel.

It is **ORDERED**:	Defendants' Motion for Protective Order [65] is **GRANTED**.  Defendants will submit a redlined version of the Protective Order to plaintiff's counsel, including provisions regarding documents already produced in open court not being marked confidential unless such document has been sealed or a motion to seal is pending, removing the "with specificity" language not present in *Gillard v. Boulder Valley School District 196 FRD 382 (D.Colo. 2000)* as discussed in court, and to change the 14-day provision for the producing party to respond to objections to 10 days.  Defense counsel shall submit the redlined version to plaintiffs' counsel by the close of business Tuesday, November 1, 2011.  The Protective Order shall be submitted to the court by the close of business Wednesday, November 2, 2011, either as stipulated or with specific provisions still in dispute highlighted.  The parties shall submit the proposed document to Tafoya_Chambers@cod.uscourts.gov.

Discussion regarding Motion to Seal [81].

It is **ORDERED**:	Defendants' Motion to Seal [81] is **STAYED**.  No further briefing or orders will be issued until ruling on a similar motion in *Fiechtner v. American Family Mutual Insurance Company* concerning the trial exhibits in that case is made by District Judge William J. Martinez.  Within 5 days of that ruling, the parties shall file a Status Report addressing any further action necessary on Defendants' Motion to Seal [81].

Discussion of Motions to Compel.

The Court will hear arguments on Plaintiffs' Motion to Compel [67], Plaintiffs' Motion to Compel [69], Plaintiffs' Motion to Compel [61] and Defendants' Motion to Compel [72]

on Friday, November 4, 2011 at 1:30 p.m.  The hearing will be limited to two hours.

**Court in Recess: 1:31 p.m.**
Hearing to be continued.
Total In-Court Time    02:58

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.