# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 11-cv-01096-WJM-KMT | FTR - Courtroom C-201 |
| **Date:** November 4, 2011 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| KATHLEEN SEABRON, | Franklin David Azar |
| ROBERT LAYS, | Joshua Robert Proctor |
| CARLA LAYS, | Marc Robert Levy |
| KRISTY LARSON, and | Daniel Leppert |
| VALERIE JENKINS, individually, and as class representatives of behalf of all others similarly situated, | |

      Plaintiffs,

v.

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and | Daniel David Williams |
| | Debra K. Sutton |
| AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, | Michael S. McCarthy |

      Defendants.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 1:31 p.m.**
Court calls case.  Appearances of counsel.

This Motion Hearing is a continuation of the hearing begun on October 31, 2011. Hearing called regarding Plaintiff's Motion to Compel Complete Putative Class Files & Documents [Doc. No. 61, filed September 16, 2011], Plaintiffs' Motion to Compel Re: Plaintiffs' First Set of Interrogatories [Doc. No. 67, filed October 4, 2011], Plaintiffs' Motion to Compel Re: Plaintiffs' Second Set of Requests for Production to Defendants and for Sanctions [Doc. No. 69, filed October 5, 2011], and Defendants' Motion to Compel Discovery Responses [Doc. No. 72, filed October 6, 2011].

The Court notes the concessions of defendants on Interrogatories 3, 5, and 11 in their Motion to Compel [72] and will withdraw them.  Interrogatories 4, 6, 8, 9, 13, 15, 16, and 19 are considered modified as stated on the record.  Plaintiff's will modify Requests for

Production No. 6.

It is **ORDERED**:   Both sides are required to list all documentary discovery produced to date.  As to each document, the producing party shall indicate to which discovery request the document(s) applies.  Such list and identification is due to exchange on or before November 21, 2011.

Oral argument from plaintiff.
Oral argument from defendant.

It is **ORDERED**:   Plaintiff's Motion to Compel Re: Plaintiffs' First Set of Interrogatories [67] is **GRANTED IN PART AND DENIED IN PART** consistent with the orders made on the record.  The motion is **GRANTED** as to Interrogatory Nos. 1, 2, 3, and 4.  The responses to Interrogatory Nos. 2, 3, and 4 must be produced for the years 2006 and 2007.

Medical services and legal services records related to interrogatory No. 15, limited to Colorado, will be submitted to the Court for an In-Camera review.

The motion is **DENIED** as to Interrogatory Nos. 8, 9, 11, 13, 14, and 16.  Interrogatories 13 and 14 are denied; however, plaintiff's counsel is allowed two extra interrogatories to rephrase interrogatories 13 and 14.

The motion is **GRANTED IN PART AND DENIED IN PART** as to Interrogatory Nos. 5 and 6.  As to Interrogatory No. 5, the request for identities of persons is withdrawn as to establishment and creation.  Identities of persons regarding operation, evaluation, and management of the department is permissible.  As to Interrogatory No. 6, Defense counsel will supplement with names from 2006 forward concerning the management of the legal claims, claims legal, or legal services department.

All documents required to be produced will be due on or before November 21, 2011.

It is **ORDERED**:   The parties may file follow-up replies to Plaintiff's Motion to Compel [61] on or before November 11, 2011 at 5:00 p.m.  Each reply is limited to 5 pages in length.

**Court in Recess: 3:40 p.m.**
Hearing concluded.

Total In-Court Time     02:09

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.