IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01096–WJM–KMT

KATHLEEN SEABRON,
ROBERT LAYS,
CARLA LAYS, and
KRISTY LARSON, individually, and as class representatives of behalf of all others similarly situated,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and
AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,

    Defendants.

## ORDER

    This matter is before the court on "Defendants' Motion for Clarification/reconsideration of Court's March 27 Order and Request for Expedited Consideration" [Doc. No. 151] filed April 2, 2012. The motion seeks clarification on three basic issues: 1) whether the sample of claim files to be produced by Defendants pursuant to this court's March 27, 2012 Order should include non-putative-class members, i.e. persons whose Colorado UM/UIM claims were not referred to Medical Services and/or Claims Legal and, if the sample should include UM/UIM claimants whose claims were not so referred, whether the percentage size of the sample is reasonable given the far greater size of the universe of claimants from which the sample will be drawn; 2) whether

settlement authority and reserve information in the sample files can be withheld in active, pending claims; and, 3) whether information post-dating the filing of this lawsuit is required.

On April 30, 2012, District Court Judge William J. Martínez issued an order granting in part and denying in part "Defendants' Motion for Partial Summary Judgment." (*See* "Order" [Doc. No. 165].) In that Order, Judge Martínez found that the release signed by former plaintiff Valerie Jenkins precluded her participation in this case, including her participation as a class representative. (Order at 14, ". . . the only reasonable interpretation of the release is that it precludes the claims being brought by Ms. Jenkins in this action.") Former Plaintiff Jenkins had not engaged in litigation against the Defendants previously (Order at 10); therefore, the release addressed by the District Court in Ms. Jenkins case very likely was part of the standard language utilized by the Defendants at the time, when they paid a final amount to an insured on a claim. (*See* Third Am. Compl., [Doc. No. 47] ¶¶ 46-49; Mot. Sum. J. [Doc. No. 49] at 11-12.) Extrapolating from the Order, then, it appears that Plaintiffs' putative class may have significantly shriveled to exclude those claimants who have settled their claims with defendants and signed a similar release. The resulting class would potentially include only those Colorado UM/UIM claimants whose claims were referred to Medical Services or Claims Legal from May 4, 2006 to at least the filing of the present lawsuit,[1] and who did not receive final settlement requiring they sign a release the same or similar to that signed by Ms. Jenkins.

---

[1] These dates are in dispute but the beginning date represents the earliest reasonably conceivable claim date for class inclusion.

Obviously, the Order has affect on at least the first two issues to be addressed by this court as outlined above in the Motion for Reconsideration. Therefore, the court will permit the parties to supplement their filings in light of the District Court's ruling. Supplemental filings should address the make-up of the class universe, the sample size and/or method of sampling which should be used and the restriction of the reserve information given that the putative class may be limited, at least in some part, to those claimants with current, unresolved claims and other issues deemed relevant by the parties. The parties need not re-argue positions previously taken but should limit themselves to any additional or changed circumstances wrought by the Order.

It is therefore **ORDERED**

1.  Compliance with this Court's March 27, 2012 Order is **STAYED** pending further Order of the Court.

2.  The parties shall file simultaneous supplemental briefs **on or before May 11, 2012 at 5:00 p.m.** addressing the issues as outlined herein.

Dated this 30th day of April, 2012.

BY THE COURT:

Kathleen M Tafoya
United States Magistrate Judge