## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

**Civil Action No.** 11-cv-01096-WJM-KMT      FTR - Courtroom C-201

**Date:** September 10, 2012      Deputy Clerk, Nick Richards

| | |
|---|---|
| KATHLEEN SEABRON, | Franklin David Azar |
| ROBERT LAYS, | Marc Robert Levy |
| CARLA LAYS, and | Keith Richard Scranton |
| KRISTY LARSON, individually, and as class representatives of behalf of all others similarly situated, | |

       Plaintiffs,

v.

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and | Daniel David Williams |
| | Debra K. Sutton |
| AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, | Michael S. McCarthy |

       Defendants.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 1:30 p.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Defendants' Motion for Protective Order Regarding Plaintiffs' Fourth Set of Discovery Requests [Doc. No. 187, filed July 23, 2012].

Oral argument from defense counsel.
Oral argument from plaintiff's counsel.

It is **ORDERED**:     Defendants' Motion for Protective Order [187] is **GRANTED**.

                  The motion is **GRANTED** as to Request for Production of Documents Nos. 22, 23, and 24. All three requests are over-broad and defendant is not required to answer any of the requests.

Plaintiff notes for the record it is their position that they have not been previously provided all corporate incentive plans, policies, and programs and have not been provided <u>all</u> documents which were the subject of previous court orders.  However, they could not be more precise since a motion to compel is not before the court at this time.  Defense counsel notes their disagreement with plaintiff's statement.  The court directs that motion(s) to compel should be filed if the parties wish the court to address these issues.

**Court in Recess: 3:33 p.m.**
Hearing concluded.
Total In-Court Time     02:03

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.