## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 11-cv-01096-WJM-KMT | FTR - Courtroom C-201 |
| **Date:** December 12, 2012 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| KATHLEEN SEABRON, | Marc Robert Levy |
| ROBERT LAYS, | Franklin David Azar |
| CARLA LAYS, and | |
| KRISTY LARSON, individually, and as class representatives of behalf of all others similarly situated, | |
|       Plaintiffs, | |
| v. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and | Daniel David Williams |
| | Jennifer Lee Sullivan |
| AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, | Debra K. Sutton |
| | Michael S. McCarthy |
|       Defendants. | |

### COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in Session: 1:33 p.m.**
Court calls case. Appearances of counsel.

Motion Hearing is called regarding Plaintiffs' Motion to Compel Better/Supplement Answers and Responses to Plaintiff's Interrogatories and Request for Production and to Affirm Defendants' Admissions, Motion for Attorneys' Fees and Costs, and Motion to Extend the Class Certification Deadline and for an Extension of Time to File a Motion for Class Certification (and *Request for Expedited Ruling*) [Doc. No. 203, filed November 2, 2012] and Defendants' Renewed Motion to Compel Responses to Discovery Concerning Adequacy of Class Counsel [Doc. No. 214, filed November 10, 2012].

Discussion regarding expedited briefing on Plaintiffs' Motion to Reopen Discovery for Ninety (90) Days and to Compel Inspection of Defendants' Computer System and Request for Expedited Briefing and/or Hearing [Doc. No. 232, December 11, 2012].

    It is **ORDERED**:    Defendants shall file their response to Plaintiffs' Motion to Reopen

        Discovery [232] on or before December 28, 2012. Plaintiffs shall file their reply on or before January 4, 2013. The Scheduling Conference currently set in this matter for January 14, 2013 at 9:30 a.m. will be converted to a Motion Hearing regarding Plaintiffs' Motion to Reopen Discovery [232] and any other pending motions fully briefed at that time. Plaintiffs may supplement their motion on or before December 13, 2012.

Oral argument from counsel.

It is **ORDERED**:  Plaintiffs' Motion to Compel [203] is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** as to Request for Admission No. 13 and Interrogatory No. 29. Amended responses shall be submitted on or before December 14, 2012.

        The motion is **GRANTED IN PART** as to Request for Production of Documents No. 26. American Family shall produce all versions of the Medical Services Referral Guideline, or its equivalent, used in or applicable to Colorado claims from 2006-2011.

        As to Request for Production of Documents No. 32, defendants shall produce to the court in-camera documents that would have encompassed Medical Services survey results and the complete task force review as referenced during the hearing.

        The request that Request for Admission Nos. 10, 14, 17, 34, 35, 37, 38, 39, 40, 41, 42, 43, and 44 be deemed admitted is **DENIED**.

        The motion is **DENIED** as to Interrogatory Nos. 22, 25, 26, 30, 33, 37, 39, 40, 41, 43, and 46, and Request for Production of Documents Nos. 27, 28, 29, 30, 31, 33, 34, 35, 36, 37, 40, 41, 42, 43, 44, 45, and 46 as stated on the record.

**Court in Recess: 3:45 p.m.**
**Court in Session: 3:56 p.m.**

It is **ORDERED**:  Defendants' Renewed Motion to Compel [214] is **GRANTED IN PART AND DENIED IN PART**.

        The motion is **GRANTED IN PART AND DENIED IN PART** as to Interrogatory No. 25 as stated on the record. Plaintiffs shall answer the unanswered portion of the Interrogatory on or before December 14, 2012.

        The motion is **DENIED** as to Interrogatory No. 23 and 24 as stated on the record.

Exhibits provided to the court during this hearing will be filed and held under Restriction - Level 1.

**Court in Recess: 5:30 p.m.**
Hearing concluded.
Total In-Court Time     03:46

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.