IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01096–WJM–KMT

KATHLEEN SEABRON,
ROBERT LAYS,
CARLA LAYS, and
KRISTY LARSON, individually, and as class representatives of behalf of all others similarly
situated,

      Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and
AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,

      Defendants.

---

**ORDER**

---

This matter is before the court on the in camera review of documents potentially

responsive to Plaintiff's Request for Production of Documents No. 32 as addressed at the hearing

on December 12, 2012.  (See Plaintiffs' Motion to Compel [Doc. No. 203]).  The Defendants

timely produced the "survey report" referenced in discovery number SEACLASS0003876 on

December 20, 2012.

The court has conducted an in camera review of confidential document
DEFCAMERA001537 - 1550.  With the exception of the document being undated,[1] the "survey"
is relevant to the function and purpose of Defendants' "Medical Services" component, although
it is not limited to the State of Colorado.  Colorado is, however, mentioned as one of the regional
components of the Medical Services system.  Given the document references, in general,
proposed changes to Medical Services nationwide which, by definition, would affect Medical
Services in Colorado, it would be relevant to the merits of the currently proposed class-wide
claims.

The court has determined, however, that DEFCAMERA001537 - 1550 is not related to
the Plaintiffs' burden pursuant to Fed. R. Civ. P. 23 and therefore not part of class discovery to
which Plaintiffs are ostensibly limited at this point, albeit that the court has given the Plaintiffs
wide latitude where practicality has triumphed over formality.  In this case, however, the court is
not convinced that the document DEFCAMERA001537 - 1550 would necessarily be
discoverable if Plaintiffs are denied class certification.

Therefore, Plaintiffs' Motion to Compel [Doc. No. 203] is DENIED at this time with
respect to Request for Production No. 32 seeking Medical Services survey results identified at
SEACLASS0003876.  However, should a class action be certified as requested by Plaintiffs,
Defendants are ordered to produce DEFCAMERA001537-1550 to the Plaintiffs within ten days
of the order certifying the class - with appropriate confidentiality designation and discovery

---

[1]Clearly the "survey" was in existence prior to June 17, 2011 because it is mentioned in
the Medical Services Task Force Review dated that day.

numbering – without further request from Plaintiffs. Should a class not be certified, the court will reconsider the same or similar production request in light of how the case is structured at that time if sought by Plaintiffs.

       Dated this 21st day of December, 2012.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge