## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 11-cv-01096-WJM-KMT | FTR - Courtroom C-201 |
| **Date:** January 14, 2013 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| KATHLEEN SEABRON, | Franklin David Azar |
| ROBERT LAYS, | Keith Richard Scranton |
| CARLA LAYS, and | Matthew Wesley Hall |
| KRISTY LARSON, individually, and as class representatives of behalf of all others similarly situated, | Marc Robert Levy |

      Plaintiffs,

v.

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and | Daniel David Williams |
| | Debra K. Sutton |
| AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, | Scott Calvin James |

      Defendants.

### COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 9:31 a.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Plaintiffs' Motion to Reopen Discovery for Ninety (90) Days and to Compel Inspection of Defendants' Computer System and Request for Expedited Briefing and/or Hearing [Doc. No. 232, filed December 11, 2012].

Oral argument from Plaintiffs.
Oral argument from Defendants

**Court in Recess: 10:51 a.m.**
**Court in Session: 11:07 a.m.**

Defendants call Tammy Knoernschild as witness.

Further oral argument by Plaintiffs.

Oral argument from Defendants.

It is **ORDERED**: Plaintiffs' Motion to Reopen Discovery [232] is **DENIED** as stated on the record. The court finds no evidence of problems with "document integrity" regarding discovery from Defendants in this case and finds insufficient grounds to reopen discovery at this time. Further, there are no grounds to allow Plaintiffs the ability to perform a forensic examination of any or all of Defendants' computer systems or to access the Defendants' database.

It is **ORDERED** Plaintiffs are not allowed, in general, to use documents produced in this litigation in other court cases pursuant to the Protective Order in this case. To the extent the Plaintiffs have a specific and articulated need to use specified documents as evidence in another case, they may bring a specific motion to that effect which will be considered by the court.

It is **ORDERED**: The parties shall file Status Reports in this matter on or before May 28, 2013 OR within five business days of ruling on Plaintiffs' Motion for Class Certification and Brief in Support [Doc. No. 213, filed November 9, 2012], whichever first occurs, addressing the need for further scheduling.

**Court in Recess: 12:42 p.m.**
Hearing concluded.
Total In-Court Time     02:56

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.