IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Case No. 11-cv-01096-WJM-KMT

KATHLEEN SEABRON, ROBERT LAYS, CARLA LAYS, KRISTY LARSON, AND VALERIE JENKINS, individually, and as class representatives on behalf of all others similarly situated,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY and AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,

    Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND/OR DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the Hearing on the Motion for Class Certification, counsel for the parties shall retain custody of their respective exhibits and/or depositions until such time as all need for the exhibits and/or depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this ____ day of June 2013.

BY THE COURT:

William J. Martínez, Judge

_____       _____
Attorney for Plaintiffs                                          Attorney for Defendants