IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 11-cv-01096-WJM-KMT | Date: | July 28, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                         *Counsel:*

KATHLEEN SEABRON,                          Marc Levy
ROBERT LAYS,                                       Patricia Meester
CARLA LAYS, and                                  Jami Maul
KRISTY LARSON, individually, and as class
representatives of behalf of all others similarly situated,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE          Debra Sutton
COMPANY, and                                                        Daniel Williams
AMERICAN STANDARD INSURANCE COMPANY
OF WISCONSIN,

    Defendants.

---

## COURTROOM MINUTES

---

**MOTIONS HEARING**

**1:30 p.m.        Court in session.**

Court calls case.  Appearances of counsel.

Discussion and argument regarding conduct during John Scherling's deposition, contempt issue from unrelated litigation, privileged information, CDLA board issues, and the designation of claims legal vs. legal department.

Court states the contempt issue arising out of another case is not to be inquired of further; it is irrelevant.  Whether Mr. Scherling has been admonished by the Defendant for behavior in this case will be allowed.  Mr. Scherling's training or other information regarding Mr. Scherling's background in any role other than as a defense lawyer is a case will be allowed, to wit: including training in claims handling, adjusting, or an insurance company's duties and obligations with respect to the handling of claims.

**ORDERED:**   **Defendants' Motion for Protective Order [336] is GRANTED IN PART AND DENIED IN PART, for reasons stated on record.**

**2:57 p.m.**       **Court in recess.**
**3:12 p.m.**       **Court in session.**

Discussion and argument regarding topics covered in Appendix A at document [346-9], notes taken by Mr. Scherling during the course of litigation, post –litigation claim handling, written discovery response to interrogatories, alleged waiver of attorney-client privilege, sanctions, privilege log, and letters from 9/16/10 and 10/12/10.

Court states the notes Mr. Scherling made during the course of representing his client during litigation, are not discoverable.  However, questions related to the letterhead utilized on documents sent to the insured, documents and information he may have sent to claims department, are not privileged.  There may be a limited line of questioning as to the 9/16/10 and 10/12/10 letters.

**ORDERED:**   **Plaintiffs' Motion to Compel Deposition Responses of John Scherling, Post-Litigation Claim Handling Notes, and Written Discovery Reponses to Interrogatories, and for Sanctions [346] is GRANTED IN PART AND DENIED IN PART, consistent with the discussions held on record.**

Discussion regarding completing John Scherling's deposition and costs associated with the additional deposition.  Mr. Levy states mediation is scheduled for the end of August 2014.

**ORDERED:**   **Telephonic Final Pretrial Conference is VACATED and RESET to September 25, 2014 at 10:00 a.m.  The parties shall initiate a conference call and contact chambers at 303-335-2780 at the time of the Final Pretrial Conference.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven (7) days before the Final Pretrial Conference.**

Parties are directed to review the practice standards of Judge Martinez.

**4:42 p.m.**       **Court in recess.**

Hearing concluded.
Total in-court time    02:57

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.